UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER FERNANDEZ,**            **CIVIL ACTION NO. 22-CV-365**
       **Plaintiff**

**VERSUS**                            **JUDGE: SUSIE MORGAN**

**JEFFERSON PARISH,**                 **MAG.: JANIS VAN MEERVELD**
       **Defendant**

## ORDER

Considering the foregoing ex parte motion to withdraw as counsel of record;

**IT IS ORDERED** that Jessica M. Vasquez of the Vasquez Law Office is **GRANTED** leave to withdraw as counsel of record for Christopher Fernandez and her name shall be removed from the docket in this matter.

New Orleans, Louisiana, this 3rd day of January, 2023.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE